UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

Anthony David Harper,

        Plaintiff,

    v.                                                                16-CV-229
                                                                      Decision and Order
Nancy A. Berryhill,

        Defendant.

---

On March 17, 2016, the plaintiff commenced this action.  Docket Item 1.

On December 20, 2016, this Court referred this case to United States Magistrate Judge

Leslie G. Foschio for all proceedings under 28 U.S.C. § 636(b)(1)(B).  Docket Item 15.

On December 12, 2016, the plaintiff moved for judgment on the pleadings or, in the

alternative, to remand for further proceedings, Docket Item 14; on March 20, 2017, the

defendant responded and cross-moved for judgment on the pleadings, Docket Item 20;

and on April 10, 2017, the defendant replied, Docket Item 21.  On May 23, 2018, Judge

Foschio issued a Report and Recommendation ("R&R") finding that the plaintiff's motion

should be granted and that the defendant's motion should be denied.  Docket Item 24.

The parties did not object to the R&R, and the time to do so now has expired.  *See*

28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).

A district court may accept, reject, or modify the findings or recommendations of

a magistrate judge.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).  A district court

must conduct a de novo review of those portions of a magistrate judge's

recommendation to which a party objects.  28 U.S.C. § 636(b)(1);

Fed. R. Civ. P. 72(b)(3).  But neither 28 U.S.C. § 636 nor Federal Rule of Civil

Procedure 72 requires a district court to review the recommendation of a magistrate

judge to which no objections are raised.  *See Thomas v. Arn*, 474 U.S. 140, 149-50

(1985).

Although not required to do so in light of the above, this Court nevertheless has

reviewed Judge Foschio's R&R as well as the parties' submissions to him.  Based on

that review and the absence of any objections, the Court accepts and adopts

Judge Foschio's recommendation to grant the plaintiff's motion and deny the

defendant's motion.

For the reasons stated above and in the R&R, the plaintiff's motion for judgment

on the pleadings or, in the alternative, to remand for further proceedings, Docket

Item 14, is GRANTED; the defendant's cross-motion for judgment on the pleadings,

Docket Item 20, is DENIED; the decision of the Commissioner is VACATED; and the

matter is REMANDED for further administrative proceedings consistent with Judge

Foschio's R&R.  The defendant shall complete all proceedings related to the plaintiffs

claim within 120 days of the date of this order.  The Clerk of the Court shall close the

file.


SO ORDERED.

Dated:       July 8, 2018
             Buffalo, New York


                                          *s/Lawrence J. Vilardo*
                                          LAWRENCE J. VILARDO
                                          UNITED STATES DISTRICT JUDGE